IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSELINE MATTHEWS<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEMS<br><br>Defendant. | CIVIL ACTION NO. 20-4295 |

## ORDER

**AND NOW,** this 30th day of September 2022, upon consideration of Defendant's Motion for Summary Judgment, and the responses and replies thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion [Doc. Nos. 14 & 16] [1] is **GRANTED** as to all claims. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
CYNTHIA M. RUFE, J.

---

[1] The Motion filed at Document No. 14 was supplanted by Document No. 16 and the Court has not considered the substance of Document No. 14.